Also represented by Laura A. Lydigsen, Mark Herbert Remus.

Arne M. Olson, Olson & Cepuritis, Ltd., Chicago, IL, argued for defendants-appellees. Also represented by Brian Michalek, Robert J. Ross.

(Newman, Lourie, and Dyk, Circuit Judges).

### JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**IN RE: Garth E. JANKE, Appellant**

**2017-1697**

United States Court of Appeals, Federal Circuit.

February 20, 2018

Garth E. Janke, Portland Intellectual Property, LLC, Portland, OR, argued pro se.

Mary L. Kelly, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by Nathan K. Kelley, Thomas W. Krause, Meredith Hope Schoenfeld.

(Newman, Lourie, and Dyk, Circuit Judges).

### JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

